MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone:  (559) 552-8800
Facsimile:   (559) 475-9328

Attorneys for Defendant
LAKOTA TEHYA WAKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LAKOTA TEHYA WAKLEY,<br><br>　　　　　　Defendant. | CASE NO.  1:24-CR-00308-KES-BAM<br><br>STIPULATION TO CONTINUE DETENTION HEARING AND ORDER<br><br>DATE: January 23, 2025<br>TIME:   2:00 p.m. |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the detention hearing currently on calendar for January 23, 2025, at 2:00 p.m., be continued to January 29, 2025, at 2:00 p.m., or as soon thereafter as is convenient for the Court.

This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel for Defendant to investigate possible third-party custodians and possible pretrial release conditions.

Counsel for Defendant has spoken with Assistant U.S. Attorney Calvin Lee and pre-trial services officer Evette Perez, who have no objection to this continuance.

The Defendant agrees to continue excluding time based on this continuance pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] beginning from Plaintiff's motion for detention of Defendant pending as of January 16, 2025 through the continued detention hearing on January 29, 2025.

The parties agree that good cause exists to exceed the five days of continuance the Defendant may request pursuant to 18 U.S.C. § 3142(f)(2).

1     IT IS SO STIPULATED.

Dated:  January 22, 2025                         MICHELE BECKWITH
                                                 Acting United States Attorney

                                                 /s/ CALVIN LEE
                                                 CALVIN LEE
                                                 Assistant United States Attorney


Dated:  January 22, 2025                         /s/ MARK W. COLEMAN
                                                 MARK W. COLEMAN
                                                 Counsel for Defendant
                                                 LAKOTA TEHYA WAKLEY

## ORDER

IT IS SO ORDERED that the detention hearing is continued from January 23, 2025, to **January 29, 2025, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **January 22, 2025**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DETENTION HEARING                    2