MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone:  (559) 552-8800
Facsimile:   (559) 475-9328

Attorneys for Defendant
LAKOTA WAKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00308-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE FORMAL OBEJCTION TO PRESENTENCE INVESTIGATION REPORT DEADLINE; ORDER |
| v. | |
| LAKOTA WAKLEY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the deadline for submitting formal objections to the Presentence Investigation Report, currently scheduled for June 9, 2025, be continued to June 12, 2025.

This continuance is requested by counsel for Defendant because additional time is needed for counsel to speak with his client, review pertinent documents, and prepare objections.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Calvin Lee, and probation office, Elizabeth Gutierrez, who have no objection to this request.

IT IS SO STIPULATED.

Dated:  June 4, 2025                                    MICHELE BECKWITH
                                                                        Acting United States Attorney

                                                                        /s/   CALVIN LEE
                                                                        CALVIN LEE
                                                                        Assistant United States Attorney

Dated: June 4, 2025

/s/ MARK W. COLEMAN
MARK W. COLEMAN
Counsel for Defendant
LAKOTA WAKLEY

IT IS SO ORDERED.

Dated:   June 4, 2025

_____
UNITED STATES DISTRICT JUDGE